ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
93 S. Chestnut Street, Suite 208
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Alessa Buitron

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ALESSA BUITRON, | CASE NO. CV-14-3581-JCG |
| Plaintiff, | |
| v. | ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FIFTEEN-THOUSAND DOLLARS AND NO CENTS ($15,000.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: Jan. 16, 2018  _____

THE HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

1